IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS LEE STONE, ADC #090693                                              PLAINTIFF

V.                         CASE NO. 5:17CV00097 JLH-BD

RICHARD CLARK                                                              DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendant's motion for summary judgment (docket entry #10) is GRANTED. Stone's claims are DISMISSED, without prejudice, based on his failure to exhaust administrative remedies.

IT IS SO ORDERED this 25th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE