IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THOMAS LEE STONE, ADC #090693**                                               **PLAINTIFF**

**V.**                         **CASE NO. 5:17CV00097 JLH-BD**

**RICHARD CLARK**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE